I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-7-2014

_1-7-2014_

DEPUTY CLERK

JS-6/Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO MORALES-RAMIREZ,<br><br>             Petitioner,<br><br>vs.<br><br>RICHARD IVY (WARDEN),<br><br>             Respondent. | Case No.  CV 13-4901-GW (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: _January 3, 2014_

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY